**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

IN RE:

Michele Anne Washington,

Debtor.

C/A No. 20-03482-DD

Chapter 13

**ORDER**

On August 3, 2021, the Court entered an Order approving Debtor's request to modify the chapter 13 plan.

Based on an objection filed by Debtor on July 12, 2021, approving the request to modify the chapter 13 plan was not appropriate. Therefore, the Order entered on August 3, 2021, approving Debtor's request to modify the chapter 13 plan is hereby vacated.

AND IT IS SO ORDERED

**FILED BY THE COURT**
**08/03/2021**



David R. Duncan
US Bankruptcy Judge
District of South Carolina

Entered: 08/03/2021