# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: | C/A No. 20-03482-dd |
| Michele Anne Washington, | Chapter 13 |
| Debtor. | **ORDER** |

Before the Court is Debtor's motion for a post-confirmation modification of her chapter 13 plan. The Court held a hearing on the motion on August 9, 2021. Based on the statements made on the record, the post-confirmation modification is not approved. Accordingly, the chapter 13 plan confirmed on January 25, 2021, is the plan.

AND IT IS SO ORDERED

**FILED BY THE COURT**
**08/09/2021**



Entered: 08/09/2021

David R. Duncan
US Bankruptcy Judge
District of South Carolina