# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: | C/A No. 20-03482-dd |
| Michele Anne Washington, | Chapter 13 |
| Debtor. | **ORDER** |

Before the Court is a motion for relief from stay and motion for relief from co-debtor stay filed by TitleMax of South Carolina, Inc. on June 27, 2021, and July 8, 2021, respectively. Debtor objected to the motions on July 12, 2021. The Court held a hearing on August 9, 2021, at which both parties were represented by counsel. Based on the statements made on the record, the motions for relief are denied. TitleMax may re-instate its motions without cost if Debtor's post-confirmation plan modification is not approved.

AND IT IS SO ORDERED

**FILED BY THE COURT**
**08/09/2021**



Entered: 08/09/2021

David R. Duncan
US Bankruptcy Judge
District of South Carolina