UNITED STATES BANKRUPTCY COURT

DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE:<br><br>Michelle Washington,<br><br>      DEBTOR(S) | CASE NO: 20-03482-dd<br><br>CHAPTER 13<br><br>Objection to Motion for reconsideration |

Debtor replying to Motion for reconsideration will show as follows:

1. That Titlemax objection as noticed re objection to confirmation of Debtor's plan is not applicable to relief Debtor was requesting.

2. That Creditor herein conflates debt and claim. Section 1322(b)(2) allows the Debtor to treat / modify the rights of holders of secured claims.

3. That claim is defined in section 101(5) of the Bankruptcy code as a right to payment whether liquidated, unliquidated, equitable, reduced to a judgment or not, etc.

4. That the term claim is therefore much broader than debt in the bankruptcy context..

5. That case law is consistent with the above.

Date:_September 24, 2021_____        /s/Paul Held_____
                                                                   Signature of Attorney/*Pro Se* Debtor

                                                                   Paul L Held_____
                                                                   Typed Printed Name

                                                                   136 N Main Street Sumter SC 29151-0521
                                                                   Address/Telephone/Facsimile/E-mail

                                                                   1809_____
                                                                   District Court ID Number